UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

IN RE:  Rudd M. Holt, IV          CASE# 11-61577
        Shannon M. Holt            CHAPTER 13
                                   ADV CASE # 18-06012

CERTIFICATION OF SERVICE

I, Michelle J. Dunn  of  Stephen E. Dunn, Pllc. certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the 9th day of May, 2018, I served a copy of the within

Summons and Notice of Trial {or Pretrial Conference}, together with the complaint filed in

the proceeding, on:

CitiGroup, Inc.
Attn: Michael Corbat, CEO
399 Park Ave.
New York, NY 10043

And

Citifinancial, Inc. (WV) (used in VA by: CitiFinancial, Inc)
c/o CT Corporation System
4701 Cox Road, Suite 285
Glen Allen, VA 23060

And

CitiFinancial Servicing LLC
c/o CT Corporation System
4701 Cox Road, Suite 285
Glen Allen, VA 23060

And

CitiFinancial
PO Box 6042
Sioux Falls SD 57117

the defendant(s) and other parties in this proceeding, by {describe here the mode of service}:

Certified Mail with Return Receipt

I certify under penalty of perjury that the foregoing is true and correct.

Executed on May 9, 2018     /s/ Michelle J. Dunn
             {Date}             {Signature}